No. 7455.

NEW ORLEANS VS. D. C. McCANN. NEW ORLEANS VS. SHAKSPEARE SMITH & Co.

An exemption of manufacturers from license tax, made by legislative Act, does not retroact so as to apply to licenses imposed by the City Council by ordinance passed before the legislative Act.

APPEAL from the Third District Court of New Orleans.   MONROE, J.

*Blanc* for the City Appellant.   *Rozier* and *Hornor & Benedict* for Defendants.

WHITE, J., delivered the opinion reversing the judgment.